AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

Case 7:11-cr-01837   Document 36   Filed on 07/20/16 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
July 20, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in McAllen

UNITED STATES OF AMERICA
v.
JOSE ALFREDO RODRIGUEZ

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: **7:11CR01837-001**
USM NUMBER: 02582-379

☐ See Additional Aliases.

Norman E. McInnis, AFPD
Defendant's Attorney

**THE DEFENDANT:**
☒ admitted guilt to violation of condition(s)  Mandatory, Standard #1, #6 and #9  of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1A | LAW VIOLATION: Conspiracy to import into the United States from the United Mexican States 50 kilograms or more of marijuana [21 U.S.C. § 963, 952(a), 960(a)(1), and 960(b)(3)]. | 02/19/2016 |
| 1B | LAW VIOLATION: Importing into the United States of America from the United Mexican States 50 kilograms or more, that is, approximately 58.9 kilograms of marijuana [21 U.S.C. § 952(a), 960(a)(1), and 960(b)(3), and 18 U.S.C. § 2]. | 02/19/2016 |
| 1C | LAW VIOLATION: Conspiracy to possess with intent to distribute 50 kilograms or more of marijuana [21 U.S.C. § 846, 841(a)(1), and 841(b)(1)(C)]. | 02/19/2016 |

☒ See Additional Violations.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-2998

Defendant's Date of Birth: XX/XX/1972

Defendant's Residence Address:
1007 Green Jay
Pharr, Texas 78577

Defendant's Mailing Address:
1007 Green Jay
Pharr, Texas 78577

July 13, 2016
Date of Imposition of Judgment

*/s/ Randy Crane*
Signature of Judge

**RANDY CRANE**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

July 20, 2016
Date

am | 287726
AGS

DEFENDANT: **JOSE ALFREDO RODRIGUEZ**
CASE NUMBER: **7:11CR01837-001**

## ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1D | LAW VIOLATION: Possession with intent to distribute 50 kilograms or more, that is 58.9 kilograms of marijuana [21 U.S.C. § 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2]. | 02/19/2016 |
| 2 | Leaving the judicial district without permission. | 02/19/2016 |
| 3 | Failure to report change in residence 10 days prior to such change. | 02/09/2016 |
| 4 | Associating with convicted felon or person engaged in criminal activity. | 02/19/2016 |

☐ See Additional Violations.

DEFENDANT: **JOSE ALFREDO RODRIGUEZ**
CASE NUMBER: **7:11CR01837-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  107 days. (time served)
The Court further orders that the imprisonment term imposed in the instant offense run concurrently with the imprisonment term that was imposed in Criminal Docket Number M-16-343-01.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ by _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL